IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD MOULTON, SR., | ] | |
| Movant, | ] | |
| v. | ] | Case No.: 2:10-cv-8006-RDP-RRA |
| | ] | 2:07-cr-0396-RDP-RRA |
| UNITED STATES OF AMERICA, | ] | |
| Respondent. | ] | |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation, recommending that this § 2255 motion to vacate be denied. Movant has filed objections to the Report and Recommendation. The court has considered the entire file in this action, together with the Report and Recommendation and the objections, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court.

The motion to vacate is due to be denied. An appropriate order will be entered.

**DONE** and **ORDERED** this ___22nd___ day of May, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE